UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HENRI BRYANT LANIER, SR.,

     Plaintiff,

v.                              Case No.: 3:25-cv-1568-JEP-PDB

MARCO RUBIO,

     Defendant.
_____/

## **ORDER**

**THIS CAUSE** is before this Court on the Report and Recommendation (Doc. 3), entered by the assigned Magistrate Judge. Therein, the Magistrate Judge recommends that this case be dismissed without prejudice. (*Id.* at 2). The Magistrate Judge explains that since Plaintiff filed this action, he has failed to comply with the prior order to (1) file a *signed* complaint, and (2) either pay the filing fee or apply to proceed without prepaying fees or costs. (*Id.* at 1). Plaintiff has failed to do either and has not objected to the Report and Recommendation.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). Pursuant to the Federal Rules of Civil Procedure, this Court "must determine de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3); *see also* § 636(b). However, a party waives

-2-

the right to challenge on appeal any unobjected-to factual and legal conclusions. *See* 11th Cir. R. 3-1.[1] As such, this Court reviews—for plain error and only if necessary, in the interests of justice—those portions of the Magistrate Judge's findings to which no objection was filed. *See id.*; *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate[ judge's] factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."); *Dupree v. Warden*, 715 F.3d 1295, 1304–05 (11th Cir. 2013) (recommending the adoption of what would become Eleventh Circuit Rule 3-1 so that district courts do not have "to spend significant amounts of time and resources reviewing every issue—whether objected to or not").

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report and Recommendation, this Court will accept and adopt the legal conclusions and factual findings recommended by the Magistrate Judge.

Accordingly, it is **ORDERED**:

1.    The Magistrate Judge's Report and Recommendation (Doc. 3) is **ADOPTED** and **CONFIRMED** as the opinion of this Court.

2.    The Complaint (Doc. 1) is **DISMISSED WITHOUT**

---

[1] The Magistrate Judge properly informed the parties of the time period for objecting and the consequences of failing to do so. (Doc. 3 at 2–3).

**PREJUDICE**.

3.     The Clerk is directed to terminate any pending motions and close

this case.

**DONE** and **ORDERED** in Jacksonville, Florida on February 26, 2026.

_____

JORDAN E. PRATT
UNITED STATES DISTRICT JUDGE

Copies:
*Pro Se* Party

-3-